# Morgan Lewis

**Melissa C. Rodriguez**
+1.212.309.6394
melissa.rodriguez@morganlewis.com

> The request is granted. The pretrial conference originally scheduled for August 5 is adjourned to August 25, 2025, at 2:30 p.m. The parties shall submit the joint letter and proposed case management plan, as described in the Court's Order at Docket Number 16, no later than August 18, 2025.
>
> SO ORDERED
> July 15, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

July 14, 2025

**VIA ECF**

Hon. John P. Cronan
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**Re:** *Salimov v. The Bank of New York Mellon Corp.*, **No. 1:24-cv-09596**

Judge Cronan:

We represent The Bank of New York Mellon Corporation ("BNY Mellon," or "Defendant"), in the above-referenced matter. We write jointly with counsel for Plaintiff Seiran Salimov ("Mr. Salimov," or "Plaintiff"), pursuant to Rule 3.B of Your Honor's Individual Rules, to respectfully request that the Court reschedule the initial pre-trial conference currently scheduled for 3:30 p.m. on August 5, 2025 (Dkt. No. 16) due to scheduling conflicts for Defendant's counsel.

After conferring, counsel have identified the following dates that work for both parties: August 22; August 25 before 4pm; and August 26. If neither of these dates are amenable to the Court, please so advise and counsel will confer as to additional dates.

The parties further propose to submit their joint letter and proposed Civil Case Management Plan and Scheduling Order on or before August 13, 2025.

This is the parties' first request for the date and time of this conference to be rescheduled.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Melissa C. Rodriguez

Melissa C. Rodriguez
C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060        T +1.212.309.6000
United States                   F +1.212.309.6001